FILED
CLERK, U.S. DISTRICT COURT

06/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
WARNER, ERIK SCOTT
DEFENDANT
USMS#

CASE NUMBER: 5:21-mj-00415  21-CR-392

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 6/10/21 10:07 at ☒AM ☐PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes ☒No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒Yes ☐No

4. Charges under which defendant has been booked:
   18 USC 1512(k); 1512(c)(2); 1512(c)(1); 1752(a)(1); 1752(a)(2)

5. Offense charged is a: ☒Felony ☐Minor Offense ☐Petty Offense ☒Other Misdemeanor

6. Interpreter Required: ☒No ☐Yes  Language: _____

7. Year of Birth: 1975

8. Defendant has retained counsel: ☒No
   ☐Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Enrique Armenta (please print)

12. Office Phone Number: 951-715-6290   13. Agency: FBI

14. Signature: _____   15. Date: 6/10/75

CR-64 (09/20)           REPORT COMMENCING CRIMINAL ACTION